

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JUDGE JULIA K. MUNLEY
WILLIAM J. NEALON FEDERAL BUILDING
P.O. BOX 1247
SCRANTON, PA 18501-1247
(570)207-5780

**JOSEPH FRIEL v COREBRIDE FINACIAL, INC.**
**3:25CV1132**

Anthony I. Patronich, Esq.
Jeremy C. Jackson, Esq.


The above entitled matter has been assigned to Judge Julia K. Munley, William J. Nealon Federal Building, 235 North Washington Avenue, P.O. Box 1247, Scranton, PA 18501.

If service of the initial pleading is not made within the time allotted by the rules of procedure, we will request a status report addressing the reasons for the delay and the course of action being pursued.

It is our custom to issue a standing order after an Answer or joinder of the issues has been accomplished. The order outlines the practices to be employed and times for various stages of the litigation. **Accordingly, it is essential that the answer or other responsive pleadings and motions be filed at the earliest possible time. To this end, counsel, as well as the parties acting without counsel, are admonished not to enter into agreements for extensions of time without also seeking court approval. We shall not honor such agreements standing alone.**

Any inquiries you have concerning this case, and its progress should be directed to my Courtroom Deputy/Case Administrator, Sylvia C. Murphy, at sylvia_murphy@pamd.uscourts.gov or at the above address or telephone number.

Sincerely,

Date: 6/26/25

　　_s/Julia K. Munley_
　　Judge Julia K. Munley
　　United States District Court