UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT : 3:25CV1132

## PETITION

I, **David Lee Villarreal**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: **1001 Fannin St.**
**Suite 2400**
**Houston, TX 77002**

Office Telephone: **713-337-5580**

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

**See attachment.**

My attorney Identification number is: **TX: 24095434**

---

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__x__ SPECIAL ADMISSION:

GRANTED BY THE COURT   **s/Julia K. Munley**   Date: **9/2/2025**

---

Updated: 3/24/2025