**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, <br><br> **Plaintiff(s),** <br><br> v. <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> **Defendant(s)/ Third-Party Plaintiff(s),** <br><br> v. <br><br> **Third-Party Defendant(s).** | Civil Action No. 3:25-cv-01132 |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant,
(type of party)
who is American General Life Insurance Company, makes the following disclosure:
(name of party)

Page 1 of  2

1. Is the party a non-governmental corporate party?

    ☑ YES    ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

American General Life Insurance Company is a wholly owned subsidiary of AGC Life Insurance Company. AGC Life Insurance Company is a wholly owned subsidiary of AIG Life Holdings, Inc. AIG Life Holdings, Inc. is a wholly owned subsidiary of Corebridge Financial, Inc. (f/k/a SAFG Retirement Services, Inc.).

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

No publicly-held corporation owns more than 10% of American General Life Insurance Company's stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ William B. Thomas
Signature of Counsel for Party

Date: 09/11/2025