UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**JOSEPH FRIEL v. AMERICAN GENERAL LIFE INSURANCE COMPANY**
**3:25CV1132**

|  PARTIES | COUNSEL |
|---|---|
| **PLAINTIFF:** **Joseph Friel** | **Anthony Paronich** *(Paronich Law, Hingham, MA)* <br> **Jeremy Jackson** *(Bower Law Assoc- State College)* |
| **DEFENDANT:** **American General Life Insurance Company** | *David Lee Villarreall (McDowell Hetherington, Houston TX)* <br> **Jason Richardon** <br> **William B. Thomas** |

**CASE MANAGEMENT ORDER**

Jurisdictional Discovery : 12/17/25
Jurisdictional Motions and Briefs in Support due 1/16/26
    Briefs in Opposition due 1/30/26

**MOTIONS IN LIMINE:** All motions in limine, including those involving the challenge of expert witness testimony under Daubert v. Merrell Dow Pharma.,Inc., 509 U.S. 579 (1993), are due fourteen (14) days prior to the pretrial conference. Briefs in opposition to the motions in limine, including Daubert motions, are due seven (7) days prior to the pretrial conference. The court will not accept briefs longer than six (6) pages double-spaced.

Daubert/ expert witness issues: Under Daubert and Federal Rule of Evidence 702, the court has an obligation to evaluate the reliability of expert testimony "where such testimony's factual basis, data, principles, methods, or their application are called sufficiently into question." Kumho Tire Co. v. Carmichael, 526 U.S. 137, 149 (1999). The court, however, will not conduct an evidentiary hearing on every Daubert motion.

The party challenging this evidence must address the issue at the expert's deposition. If the expert has not been deposed, the complaining party must

depose the expert.   A copy of the deposition transcript, expert report(s), affidavit(s), if any, and the party's brief outlining the basis for their objection to the testimony, with references to page and line numbers of the deposition transcript, are due fourteen (14) days prior to the pretrial conference.   The nonmovant's (respondent) brief in opposition to the <u>Daubert</u> motion is due seven (7) days prior to the pretrial conference.   The court will not accept briefs longer than six (6) pages double-spaced.

As time is of the essence, the court will not address any motion in limine, including those regarding <u>Daubert</u> issues, if they are not timely filed.

**Counsel are directed not to file written discovery motions.   In the event of a discovery dispute, counsel shall notify Case Administrator, Sylvia Murphy, who shall schedule a telephonic discovery conference.**

<u>*s/Julia K. Munley*</u>
**Judge Julia K. Munley**

## Case Management Conference

1. Brief Summary

2. Damages (Seriousness)

3. Any Possibility of Settlement

4. Has any discovery begun?   Why not?

5. Discovery completion (Not a Complicated Case)   <u>Expert Reports due</u>
   (90 days)

   P: _____

   D: _____

(Daubert problems)

6. Motions to be filed within 20 days of discovery cutoff.

Any Stipulations

Any Agreement to refer to Mag.   Judge.

Any Agreement to refer to Mediator.

---

**\*Advise counsel - <u>NOT</u> to file written discovery motions;** *Call Sylvia Murphy for Tele-conference.*

**\*Also advise counsel: File <u>ALL</u> correspondence and documents w/ the Clerk's Office.   <u>NO</u> undocketed documents will be acted upon.**