IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, on behalf of himself and all others similarly situated, § § § § Plaintiff, § § v. § § AMERICAN GENERAL LIFE § INSURANCE COMPANY, § § Defendant. § | Civil Action No. 3:25-cv-1132 Judge Munley |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiff Joseph Friel ("Plaintiff") and Defendant American General Life Insurance Company ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Motion for Entry of Agreed Protective Order as follows:

1. Plaintiff and Defendant have agreed to the terms of an Agreed Protective Order pursuant to Federal Rule of Civil Procedure 26(c) (the "Protective Order"). A copy of the Protective Order has been filed contemporaneously as Exhibit "1" to this motion.

2. As detailed in the proposed Protective Order, certain documents and information produced during discovery in this case contains or will contain sensitive, confidential, non-public, proprietary, or other personal information such that the producing party wishes to preserve the confidentiality of such documents.

WHEREFORE, PREMISES CONSIDERED, the Parties hereby request that the Court enter the attached Protective Order related to the confidential information contained in the documents and in the testimony as set forth in the Protective Order.

Dated: October 22, 2025

Respectfully submitted,

MCDOWELL HETHERINGTON LLP

/s/ William B. Thomas
Jason A. Richardson (330118)
William B. Thomas*
Texas State Bar No. 24083965
David L. Villarreal*
Texas Bar No. 24095434
MCDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2400
Houston, Texas 77002
T:  (713) 337-5580
F:  (713) 337-8850
jason.richardson@mhllp.com
william.thomas@mhllp.com
david.villarreal@mhllp.com

*Admitted pro hac vice

ATTORNEYS FOR DEFENDANT AMERICAN GENERAL LIFE INSURANCE COMPANY

/s/ Anthony I. Paronich
Jeremy C. Jackson (PA Bar No. 321557)
BOWER LAW ASSOCIATES, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
T: 814-234-2626
jjackson@bower-law.com

Anthony I. Paronich, *Subject to Pro Hac Vice*
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: (508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff Joseph Friel*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served on the 22nd day of October, 2025 via CM/ECF on all counsel of record.

                              */s/ David L. Villarreal*
                              David L. Villarreal