## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AMERICAN GENERAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 3:25-cv-01132**<br>**(Judge Julia K. Munley)** |

### DEFENDANT AMERICAN GENERAL LIFE INSURANCE COMPANY'S JURISDICTIONAL MOTION

In accordance with the Court's Case Management Order, Defendant American General Life Insurance Company hereby files its Jurisdictional Motion seeking dismissal of Plaintiff Joseph Friel's above-captioned lawsuit for lack of subject-matter jurisdiction and alternatively, for lack of personal jurisdiction as more fully explained in the accompanying brief and exhibits in support. American General respectfully requests that the Court dismiss Mr. Friel's claims for lack of subject-matter or alternatively, for lack of personal jurisdiction.

DATE: January 16, 2026

Respectfully submitted,

By: /s/ *William B. Thomas*

Jason A. Richardson (330118)
William B. Thomas*
Texas State Bar No. 24083965
David L. Villarreal

Texas Bar No. 24095434*
MCDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2400
Houston, Texas 77002
T:  (713) 337-5580
F:  (713) 337-8850
jason.richardson@mhllp.com
william.thomas@mhllp.com
david.villarreal@mhllp.com

* Admitted Pro Hac Vice

ATTORNEYS FOR AMERICAN GENERAL
LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the 16th day of January, 2026 via CM/ECF on all counsel of record.

/s/*David L. Villarreal*
David L. Villarreal

2