UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY<br><br>Defendant. | §§§§§§§§§§§§§§ Civil Action No. 3:25-cv-01132<br>(Judge Julia K. Munley) |

EXHIBITS IN SUPPORT OF
DEFENDANT AMERICAN GENERAL LIFE INSURANCE COMPANY'S
<u>JURISDICTIONAL MOTION</u>

| *Exhibit* | *Description* |
|---|---|
| 1 | Declaration of Jason Speigel |
| 2 | Declaration of Elidia Rodriguez Delgado |
| 3 | Inbound Call Log |
| 4 | Lead Information for Joseph Friel |
| 5 | Outbound Call Log |
| 6 | *Kline v. Advanced Ins. Underwriters, LLP*, 1:19-CV-00437, 2019 WL 13551036 (M.D. Pa. Dec. 6, 2019), *adopted by* 2019 WL 13551035 (M.D. Pa. Dec. 23, 2019). |
| 7 | *Kline v. Advanced Ins. Underwriters, LLC*, 1:19-CV-00437, 2019 WL 13551035 (M.D. Pa. Dec. 23, 2019) |
| 8 | *Kline v. Advanced Ins. Underwriters, LLP*, 1:19-CV-00437, 2020 WL |

|    |                                                                                                                              |
|----|------------------------------------------------------------------------------------------------------------------------------|
|    | 14028040 (M.D. Pa. June 23, 2020), *adopted by* 2020 WL 14028041 (M.D. Pa. July 10, 2020)                                    |
| 9  | *Kline v. Advanced Ins. Underwriters, LLC*, 1:19-CV-00437, 2020 WL 14028041 (M.D. Pa. July 10, 2020)                         |
| 10 | *Cox v. Foster Wheeler, LLC*, CV 24-305, 2025 WL 2146834 (E.D. Pa. July 29, 2025)                                            |