# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:25-cv-1132 Judge Munley |
| v. | § § | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## DECLARATION OF JASON SPEIGEL

I, Jason Speigel, under penalty of perjury, declare as follows:

1. My name is Jason Speigel. I am over the age of 21, of sound mind, and I am fully competent to testify to the matters set forth herein.

2. I am the National Sales Manager of Corebridge Financial, Inc., the parent company of American General Life Insurance Company. I am authorized to make this declaration on behalf of Corebridge and American General.

3. As National Sales Manager, I am familiar with and have general knowledge of Corebridge's and American General's business practices. The statements made in this Declaration are based on my personal knowledge.

4. Corebridge Financial, Inc. is a Delaware corporation with its principal place of business in Houston, Texas. Corebridge is a holding company and is a legal

1

entity separate and apart from its subsidiaries, including American General.

5. Corebridge is not an insurer and does not sell life insurance. Corebridge does not engage in any telemarketing or outbound calls to potential life insurance customers, so it could not have made any calls to Plaintiff Joseph Friel.

6. Corebridge did not engage or authorize any third party to make any telemarketing calls on its behalf to Mr. Friel.

7. American General is a Corebridge subsidiary. American General is a Texas corporation with its principal place of business in Houston, Texas.

8. American General is a licensed insurer that issues life insurance.

9. American General does not have any records that it sent any telemarketing calls to Mr. Friel.

10. American General received a life insurance application signed by Joseph Friel on May 20, 2025. AMERICANGENERAL_FRIEL_000115-119. In response to the application, American General sought to issue Policy No. 7250080344 (the "Policy"). However, American General received a request to withdraw the Policy, and the application was withdrawn and marked as "not taken." A true and correct copy of the Policy file has been produced by American General as AMERICANGENERAL_FRIEL_000106-183.

11. Mr. Friel called in multiple times to discuss the Policy with American General. Copies of these recordings have been produced as

2

AMERICANGENERAL_FRIEL_000184-186.

12. Prior to application for the Policy, American General did not call Mr. Friel, nor did it engage or authorize any third party to make telemarketing calls on its behalf to Mr. Friel without his prior express consent.

13. The application lists Elidia Rodriguez Delgado as the producer who submitted the application on Mr. Friel's behalf. I understand that Ms. Delgado is associated with Western Marketing, an American General independent producer.

14. American General has an Agency Agreement with Western Marketing, which I understand has been produced as AMERICANGENERAL_FRIEL_000025-39 in the above-captioned lawsuit. Among other things, the Agency Agreement includes the following provisions:

- "By executing this Agreement each Party represents that it is in compliance and will remain in compliance with all applicable state and federal laws . . . . In addition, Agency and its Agents shall comply with Insurer's policies and procedures, which are provided to the Agency, including any manuals, agency updates, instructions, and directions communicated to the Agency." Agency Agreement ¶ I.A.

- "<u>Agents Supervision and Relationships</u>. Agency is responsible ensuring that Agents: (i) are fully informed as to the provisions and benefits of the Products, (ii) represent Products adequately and fairly to customers and prospective customers, (iii) comply with Applicable Rules, (iv) comply with all policies and procedures of Insurer, and (v) abide by all the terms and provisions of the Products and only solicit Products covered under a Compensation Schedule hereto." *Id.* ¶ II.I.

- "<u>Independent Contractor</u>. Agency and Agents are independent contractors for the Insurer or Distributor." *Id.* ¶ X.D.

3

15. American General makes its Producer Sales Practices Manual available to independent producers, which I understand has been produced as AMERICANGENERAL_FRIEL_000040-83. Among other things, the Producer Sales Practices Manual reminds producers who choose to solicit American General products "via telephone, text message, or facsimile" that they "must adhere to the Telephone Consumer Protection Act of 1991 (TCPA) and federal and state Telemarketer Registration and Do Not Call (DNC) requirements." The Producer Sales Practices Manual further reminds producers they "must also comply with all federal and state Do Not Call (DNC) requirements[.]"

16. American General also occasionally sends out bulletins that are made available to its producers on various topics including one titled "Reminder of laws regarding telemarketing practices" as shown in AMERICANGENERAL_FRIEL_000084-99.

17. The Policy file, Agency Agreement, Producer Sales Practices Manual, and communications regarding bulletins referenced above are true and correct copies and have been produced in the above-captioned litigation as AMERICANGENERAL_FRIEL_000106-183 (Policy file), AMERICANGENERAL_FRIEL_000184-186 (call recordings), AMERICANGENERAL_FRIEL_000025-39 (Agency Agreement),

4

AMERICANGENERAL_FRIEL_000040-83 (Producer Sales Practices Manuel), and AMERICANGENERAL_FRIEL_000084-99 (bulletin communications).

18. These records were made at or near the time of each act, event, or condition and were made by or from information transmitted by persons with knowledge of the matters set forth therein. American General kept these records in the regular course of its business, and it is in the regular course of its business for American General employees to make such records and rely upon them in the regular course of its business.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2026.

Signed by:

Jason Speigel
BC3980E17AF3422...

Jason Speigel

5