# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:25-cv-1132 |
| v. | § § | Judge Munley |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

## DECLARATION OF ELIDIA RODRIGUEZ DELGADO

I, Elidia Rodriguez Delgado, under penalty of perjury, declare as follows:

1. My name is Elidia Rodriguez Delgado. I am over the age of 21, of sound mind, and I am fully competent to testify to the matters set forth herein. The statements made in this Declaration are based on my personal knowledge, review of business records, or both.

2. I am an independent life insurance producer who works with various life insurers including American General Life Insurance Company.

3. On May 12, 2025, I received three calls from Joseph Friel at 610-304-0685 as shown below:

1

| Direction | From : | To : | Start Time : | Event | Call Result | Recorded | Voicemail | Duration | |
|---|---|---|---|---|---|---|---|---|---|
| Inbound | (610) 304-0685 FRIEL, JOSEPH | (210) 401-2221 Main Auto Receptionist Ext.801 | May 12, 2025, 11:30:14 PM | Incoming | Accepted | -- | -- | 00:10:38 | Call Path |
| Inbound | (610) 304-0685 FRIEL, JOSEPH | (210) 401-2221 Main Auto Receptionist Ext.801 | May 12, 2025, 11:28:39 PM | Incoming | Accepted | -- | -- | 00:00:01 | Call Path |
| Inbound | (610) 304-0685 FRIEL, JOSEPH | (210) 401-2221 Main Auto Receptionist Ext.801 | May 12, 2025, 11:27:04 PM | Incoming | Accepted | -- | -- | 00:00:01 | Call Path |

This information is reflected on an inbound call log relating to Mr. Friel, which I understand has been produced as AMERICANGENERAL_FRIEL_000100.

4. The first two calls were not answered. The third call was answered by a receptionist and transferred to me.

5. During the call, Mr. Friel stated that he saw an advertisement on Facebook and was interested in a life insurance policy.

6. Mr. Friel then provided his personal information including his first name, last name, date of birth, social security number, phone number, gender, height, weight, address, and email address. He also provided his immigration status along with the name and immigration status of his dependent. This information is all reflected in lead information for Mr. Friel, which I understand has been produced as AMERICANGENERAL_FRIEL_000102-105.

7. At the end of this call, I informed Mr. Friel that I am required to obtain government-issued identification for verification purposes. He stated he would provide me with a copy. Mr. Friel never sent a copy of his identification.

8.  Based on Mr. Friel's call, I submitted an application to American General Life Insurance Company on his behalf under Application and Policy No. 7250080344 (the "Policy").

9.  I understand that the Policy was eventually marked as "not taken" and the application was withdrawn at Mr. Friel's request.

10. I did not send any telemarketing calls to Mr. Friel prior to his calls on May 12, 2025. I reviewed outbound calls for the month of May 2025, which I understand has been produced as AMERICANGENERAL_FRIEL_000101, and do not have any outbound calls to 610-304-0685.

11. I did not engage or authorize any third party to make telemarketing calls to Mr. Friel. Nor did I authorize any third party to transfer any call from Mr. Friel to me.

12. I understand that Mr. Friel alleges he received calls from phone numbers 610-468-5449, 610-810-4018, and 610-540-0532. I do not own and am not associated with any of these phone numbers, and I have never made calls from these phone numbers to Mr. Friel.

13. I understand that Mr. Friel alleges that during a call from the 610-540-0532 phone number, he "was transferred to an individual named 'Claudia,' who confirmed [Mr. Friel's] information and initiated a policy for [American General]." While I spoke to Mr. Friel, I am not named nor do I go by "Claudia."

3

14. I provided copies of the inbound call records relating to Mr. Friel (AMERICANGENERAL_FRIEL_000100), outbound call records for May 2025 (AMERICANGENERAL_FRIEL_000101), and lead information relating to Mr. Friel (AMERICANGENERAL_FRIEL_000102-105) to American General. I understand these business records have been produced in the above-captioned litigation as AMERICANGENERAL_FRIEL_000100-105.

15. These records are true and correct copies of the original records in my possession, custody, or control. These records were made at or near the time of each act, event, or condition set forth therein. The records were made by or from information transmitted by persons with knowledge of the matters set forth therein. The records were kept in the regular course of business. It is in the regular course of business to make such records or to incorporate the records and rely upon the records in its regular course of business. The records were contemporaneously created, received, stored, and retrieved in the regular course of business. The records are produced as retrieved.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2026.

_____
Elidia Rodriguez Delgado