# EXHIBIT 3

| Direction | From : | To : | Start Time : | Event | Call Result | Recorded | Voicemail | Duration | |
|---|---|---|---|---|---|---|---|---|---|
| Inbound | (610) 304-0685<br>FRIEL, JOSEPH | (210) 401-2221<br>Main Auto Receptionist Ext.801 | May 12, 2025, 11:30:14 PM | Incoming | Accepted | -- | -- | 00:10:38 | Call Path |
| Inbound | (610) 304-0685<br>FRIEL, JOSEPH | (210) 401-2221<br>Main Auto Receptionist Ext.801 | May 12, 2025, 11:28:39 PM | Incoming | Accepted | -- | -- | 00:00:01 | Call Path |
| Inbound | (610) 304-0685<br>FRIEL, JOSEPH | (210) 401-2221<br>Main Auto Receptionist Ext.801 | May 12, 2025, 11:27:04 PM | Incoming | Accepted | -- | -- | 00:00:01 | Call Path |