# EXHIBIT 4

# JOSEPH FRIEL

(610) 304-0685

📍 Show Map

| ☆ Unfollow | Edit | Send Email | Convert Lead | More ⌄ | ‹ | › |
| ★ Following | | | | | | |
| Follow | | | | | | |

**+ Add Tag**

## ⌄ AGENT ELIDIA RODRIGUEZ DELGADO NPN 10366464

| YEAR | 2025 | ✎ | ASSIGNED TO | MICH BAT-OG (index.php?module=Users&parent=Settings&view=Detail&record=277) | ✎ |
|---|---|---|---|---|---|
| _STATE | PA | ✎ | REFERRED | ZULFAT | ✎ |
| CLIENT TYPE | NEW | ✎ | OP AGENT AND NPN | ELIDIA RODRIGUEZ | ✎ |
| ADDRESS | ▮ Pebble Beach Ct East Stroudsburg PA | ✎ | EMAIL ADDRESS | ▮@gmail.com | ✎ |
| LANGUAGE | ENGLISH | ✎ | MARITAL STATUS | Single | ✎ |

## ⌄ MARKET PLACE APPLICATION

| FIRST NAME | JOSEPH | ✎ | SPOUSE FIRST NAME | | ✎ |
|---|---|---|---|---|---|
| MIDDLE NAME | | ✎ | SPOUSE MIDDLE NAME | | ✎ |
| LAST NAME | FRIEL | ✎ | SPOUSE LAST NAME | | ✎ |
| PRIMARY PHONE | (610) 304-0685 | ✎ | MOBILE PHONE | | ✎ |
| GENDER | MALE | ✎ | SPOUSE GENDER | | ✎ |
| ENROLLED | YES | ✎ | SPOUSE ENROLLED | | ✎ |
| DATE OF BIRTH | ▮1968 | ✎ | SPOUSE DOB | | ✎ |
| SSN | ▮4425 | ✎ | SPOUSE SSN | | ✎ |
| IMMIGRATION STATUS | CITIZEN | ✎ | SPOUSE IMMIGRATION STATUS | | ✎ |
| STATUS # | | ✎ | SPOUSE STATUS # | | ✎ |
| WEIGHT | 200 | ✎ | SPOUSE WEIGHT | | ✎ |
| HEIGHT | 6.4 | ✎ | SPOUSE HEIGHT | | ✎ |

| TAX FORM | | ✎ | SPOUSE TAX FORM | | ✎ |
|---|---|---|---|---|---|
| EMPLOYER | | ✎ | SPOUSE EMPLOYER | | ✎ |
| ANNUAL INCOME | $ 0 | ✎ | SPOUSE ANNUAL INCOME | $ 0 | ✎ |
| OCCUPATION | | ✎ | SPOUSE OCCUPATION | | ✎ |
| DEPEDENTS | 1 | ✎ | SALE TYPE | FINAL EXPENSE | ✎ |

### ▾ 1 - DEPENDENT

| DEPEDENT NAME | Z███ F███ | ✎ | DEPENDENT ENROLLED | NO | ✎ |
|---|---|---|---|---|---|
| DEPENDENT DOB | | ✎ | DEPENDENT SSN | | ✎ |
| DEPENDENT IMMIGRATION STATUS | CITIZEN | ✎ | DEPENDENT STATUS # | | ✎ |

### ▸ FOR MEDICARE USE ONLY

### ▸ HEALTH PROTECTOR COVERAGE FORM

### ▾ HEALTH PROTECTOR COVERAGE FORM 2025

| 2025 COMPANY | AIG | ✎ | 2025 SUBSIDY | $ 0 | ✎ |
|---|---|---|---|---|---|
| 2025 PRICE | $ 30 | ✎ | 2025 MONTHLY PAY | $ 0 | ✎ |
| 2025 PLAN | SIWL | ✎ | 2025 ERC | | ✎ |
| 2025 POLICY | 7250080344 | ✎ | 2025 UC | | ✎ |
| 2025 EFFECTIVE | 06-02-2025 | ✎ | 2025 PD | | ✎ |
| 2025 METAL | $7,000.00 | ✎ | 2025 SD | | ✎ |
| 2025 DEDUCTIBLE | $ 0 | ✎ | 2025 GD | | ✎ |
| 2025 OPM | | ✎ | 2025 SUPPLEMENTAL COMPANY | | ✎ |

### ▾ CC

| BANK | Bancorp Bank | ✎ | A | ███1005 | ✎ |
|---|---|---|---|---|---|
| CARD NAME | | ✎ | EXP | | ✎ |

| CARD NUMBER | | | ✏ | CVV | | ✏ |
|---|---|---|---|---|---|---|
| R | 0 | | ✏ | | | |

## ▾ Lead Details

| LEAD NUMBER | LEA17000 | | EMAIL OPT OUT | No | ✏ |
|---|---|---|---|---|---|
| CREATED TIME | 06-19-2025 4:00 PM | | MODIFIED TIME | 07-07-2025 12:39 PM | |
| SOURCE | CRM | | LEAD STATUS | CANCELLED FREELOOK | ✏ |
| SALE TEAM | ORANGE | ✏ | MONTH OF SALE | MAY 2025 | ✏ |
| CUSTOMER SERVICE | No | ✏ | WELCOME | No | ✏ |
| ID CARDS | No | ✏ | 1095 | No | ✏ |
| PAID | No | ✏ | AUTOMATIC PAYMENT | No | ✏ |
| PREFERRED METHOD OF CONTACT | MAIL MARKETPLACE NOTICE TO ADDRESS | ✏ | | | |

## ▾ Description Details

| SECURITY QUESTION | NA | ✏ | SECURITY ANSWER | NA | ✏ |
|---|---|---|---|---|---|
| SHERPA | | ✏ | FFM ID | | ✏ |
| MARKETPLACE USERNAME | | ✏ | MARKETPLACE PASSWORD | | ✏ |
| DESCRIPTION | 05/12/2025 JOSEPH FRIEL HE CALLED THE OFFICE LINE STATED HE SAW OUR ADVERTISEMENT ON FACEBOOK AND WAS INTERESTED IN A LIFE INSURANCE POLICY. ELIDIA RORIGUEZ | | | | ✏ |

☰
🐠 Dashboard
👥 MARKETING     ❯
⊙ SALES     ❯
🏗 INVENTORY     ❯
⊕ SUPPORT     ❯
🧰 PROJECTS     ❯
🔧 TOOLS     ❯
✉@ Mail Manager
🗎 Documents
🛒 Extension Store
⚙ Settings     ❯

CONFIDENTIAL                            AMERICANGENERAL_FRIEL_000104

CONFIDENTIAL

AMERICANGENERAL_FRIEL_000105