# EXHIBIT 5

| NO. | Direction | Call ID | From Name | From Phone Number | To Name | To Email | To Ext. | To Phone Number | Operator Ext. | Type | Start Time | Event | Call Result | Duration | Wait Time | Device | Recorded | Voicemail | Department | Cost Center |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Outbound | CID:06826717e2 | Main Auto Receptio | 12104012221 | | | | 12168580998 | 834 | Normal | 5/15/2025 17:58 | Outgoing | Connected | 0:20:43 | -- | | Y | -- | -- | -- |
| 2 | Outbound | CID:068266b142 | Main Auto Receptio | 12104012221 | | | | 18325173867 | 834 | Normal | 5/15/2025 17:30 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 3 | Outbound | CID:068266b032 | Main Auto Receptio | 12104012221 | | | | 18325173867 | 834 | Normal | 5/15/2025 17:30 | Outgoing | Canceled | 0:00:16 | -- | | -- | -- | -- | -- |
| 4 | Outbound | CID:068266ac92 | Main Auto Receptio | 12104012221 | | | | 18324035992 | 834 | Normal | 5/15/2025 17:29 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 5 | Outbound | CID:068266ac82 | Main Auto Receptio | 12104012221 | | | | 18324035992 | 834 | Normal | 5/15/2025 17:29 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 6 | Outbound | CID:068266ac62 | Main Auto Receptio | 12104012221 | | | | 18324035992 | 834 | Normal | 5/15/2025 17:29 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 7 | Outbound | CID:068266ac52 | Main Auto Receptio | 12104012221 | | | | 18324035992 | 834 | Normal | 5/15/2025 17:29 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 8 | Outbound | CID:068266a5e2 | Main Auto Receptio | 12104012221 | | | | 18322729576 | 834 | Normal | 5/15/2025 17:27 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 9 | Outbound | CID:068266a5d2 | Main Auto Receptio | 12104012221 | | | | 18322729576 | 834 | Normal | 5/15/2025 17:27 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 10 | Outbound | CID:068266a5b2 | Main Auto Receptio | 12104012221 | | | | 18322729576 | 834 | Normal | 5/15/2025 17:27 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 11 | Outbound | CID:068266a3d2 | Main Auto Receptio | 12104012221 | | | | 18303213255 | 834 | Normal | 5/15/2025 17:27 | Outgoing | Canceled | 0:00:02 | -- | | -- | -- | -- | -- |
| 12 | Outbound | CID:0682669f22 | Main Auto Receptio | 12104012221 | | | | 18303213255 | 834 | Normal | 5/15/2025 17:25 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 13 | Outbound | CID:0682669f12 | Main Auto Receptio | 12104012221 | | | | 18303213255 | 834 | Normal | 5/15/2025 17:25 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 14 | Outbound | CID:0682669ef2 | Main Auto Receptio | 12104012221 | | | | 18303213255 | 834 | Normal | 5/15/2025 17:25 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 15 | Outbound | CID:0682669ed2 | Main Auto Receptio | 12104012221 | | | | 18303213255 | 834 | Normal | 5/15/2025 17:25 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 16 | Outbound | CID:0682669d42 | Main Auto Receptio | 12104012221 | | | | 18178529235 | 834 | Normal | 5/15/2025 17:25 | Outgoing | Canceled | 0:00:02 | -- | | -- | -- | -- | -- |
| 17 | Outbound | CID:0682669d22 | Main Auto Receptio | 12104012221 | | | | 18178529235 | 834 | Normal | 5/15/2025 17:25 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 18 | Outbound | CID:0682669b62 | Main Auto Receptio | 12104012221 | | | | 18178529235 | 834 | Normal | 5/15/2025 17:24 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 19 | Outbound | CID:0682669b42 | Main Auto Receptio | 12104012221 | | | | 18178529235 | 834 | Normal | 5/15/2025 17:24 | Outgoing | Canceled | 0:00:02 | -- | | -- | -- | -- | -- |
| 20 | Outbound | CID:0682660592 | Main Auto Receptio | 12104012221 | | | | 18066408531 | 834 | Normal | 5/15/2025 16:44 | Outgoing | Connected | 0:06:25 | -- | | Y | -- | -- | -- |
| 21 | Outbound | CID:068265f872 | Main Auto Receptio | 12104012221 | | | | 18064663271 | 834 | Normal | 5/15/2025 16:41 | Outgoing | Canceled | 0:00:28 | -- | | -- | -- | -- | -- |
| 22 | Outbound | CID:068265f7e2 | Main Auto Receptio | 12104012221 | | | | 18064663271 | 834 | Normal | 5/15/2025 16:41 | Outgoing | Canceled | 0:00:08 | -- | | -- | -- | -- | -- |
| 23 | Outbound | CID:068265eed2 | Main Auto Receptio | 12104012221 | | | | 12104209748 | 834 | Normal | 5/15/2025 16:38 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 24 | Outbound | CID:068265eec2 | Main Auto Receptio | 12104012221 | | | | 12104209748 | 834 | Normal | 5/15/2025 16:38 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 25 | Outbound | CID:068265eea2 | Main Auto Receptio | 12104012221 | | | | 12104209748 | 834 | Normal | 5/15/2025 16:38 | Outgoing | Canceled | 0:00:02 | -- | | -- | -- | -- | -- |
| 26 | Outbound | CID:068265d752 | Main Auto Receptio | 12104012221 | | | | 19564807254 | 834 | Normal | 5/15/2025 16:32 | Outgoing | Canceled | 0:00:02 | -- | | -- | -- | -- | -- |
| 27 | Outbound | CID:068265d742 | Main Auto Receptio | 12104012221 | | | | 19564807254 | 834 | Normal | 5/15/2025 16:32 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 28 | Outbound | CID:068265d712 | Main Auto Receptio | 12104012221 | | | | 19564807254 | 834 | Normal | 5/15/2025 16:32 | Outgoing | Canceled | 0:00:02 | -- | | -- | -- | -- | -- |
| 29 | Outbound | CID:068265d6e2 | Main Auto Receptio | 12104012221 | | | | 19564807254 | 834 | Normal | 5/15/2025 16:32 | Outgoing | Canceled | 0:00:02 | -- | | -- | -- | -- | -- |
| 30 | Outbound | CID:068265d032 | Main Auto Receptio | 12104012221 | | | | 19564807254 | 834 | Normal | 5/15/2025 16:30 | Outgoing | Canceled | 0:00:01 | -- | | -- | -- | -- | -- |
| 31 | Outbound | CID:068265b422 | Main Auto Receptio | 12104012221 | | | | 12168580998 | 834 | Normal | 5/15/2025 16:23 | Outgoing | Canceled | 0:00:10 | -- | | -- | -- | -- | -- |
| 32 | Outbound | CID:068265b2d2 | Main Auto Receptio | 12104012221 | | | | 19155922917 | 834 | Normal | 5/15/2025 16:22 | Outgoing | Canceled | 0:00:05 | -- | | -- | -- | -- | -- |
| 33 | Outbound | CID:068265b122 | Main Auto Receptio | 12104012221 | | | | 19155922917 | 834 | Normal | 5/15/2025 16:22 | Outgoing | Canceled | 0:00:05 | -- | | -- | -- | -- | -- |
| 34 | Outbound | CID:068265b0c2 | Main Auto Receptio | 12104012221 | | | | 19155922917 | 834 | Normal | 5/15/2025 16:22 | Outgoing | Canceled | 0:00:04 | -- | | -- | -- | -- | -- |
| 35 | Outbound | CID:068265ad02 | Main Auto Receptio | 12104012221 | | | | 19155922917 | 834 | Normal | 5/15/2025 16:21 | Outgoing | Canceled | 0:00:03 | -- | | -- | -- | -- | -- |
| 36 | Outbound | CID:068265a9b2 | Main Auto Receptio | 12104012221 | | | | 19155922917 | 834 | Normal | 5/15/2025 16:20 | Outgoing | Canceled | 0:00:06 | -- | | -- | -- | -- | -- |
| 37 | Outbound | CID:068265a852 | Main Auto Receptio | 12104012221 | | | | 19155922917 | 834 | Normal | 5/15/2025 16:20 | Outgoing | Canceled | 0:00:22 | -- | | -- | -- | -- | -- |
| 38 | Outbound | CID:068265a662 | Main Auto Receptio | 12104012221 | | | | 19155922917 | 834 | Normal | 5/15/2025 16:19 | Outgoing | Canceled | 0:00:31 | -- | | -- | -- | -- | -- |
| 39 | Outbound | CID:068265a412 | Main Auto Receptio | 12104012221 | | | | 19155917557 | 834 | Normal | 5/15/2025 16:18 | Outgoing | Canceled | 0:00:20 | -- | | -- | -- | -- | -- |
| 40 | Outbound | CID:0682656a82 | Main Auto Receptio | 12104012221 | | | | 18644846077 | 834 | Normal | 5/15/2025 16:03 | Outgoing | Canceled | 0:00:04 | -- | | -- | -- | -- | -- |
| 41 | Outbound | CID:0682656a42 | Main Auto Receptio | 12104012221 | | | | 18644846077 | 834 | Normal | 5/15/2025 16:03 | Outgoing | Canceled | 0:00:04 | -- | | -- | -- | -- | -- |
| 42 | Outbound | CID:06826569b2 | Main Auto Receptio | 12104012221 | | | | 18644846077 | 834 | Normal | 5/15/2025 16:03 | Outgoing | Canceled | 0:00:04 | -- | | -- | -- | -- | -- |
| 43 | Outbound | CID:0682656962 | Main Auto Receptio | 12104012221 | | | | 18644846077 | 834 | Normal | 5/15/2025 16:03 | Outgoing | Canceled | 0:00:04 | -- | | -- | -- | -- | -- |
| 44 | Outbound | CID:06826568c2 | Main Auto Receptio | 12104012221 | | | | 18644846077 | 834 | Normal | 5/15/2025 16:03 | Outgoing | Canceled | 0:00:07 | -- | | -- | -- | -- | -- |
| 45 | Outbound | CID:0682651342 | Main Auto Receptio | 12104012221 | | | | 18003009566 | 816 | Normal | 5/15/2025 15:40 | Outgoing | Connected | 0:01:08 | -- | | Y | -- | -- | -- |
| 46 | Outbound | CID:068264fe72 | Main Auto Receptio | 12104012221 | | | | 18003009566 | 816 | Normal | 5/15/2025 15:34 | Outgoing | Connected | 0:05:26 | -- | | Y | -- | -- | -- |
| 47 | Outbound | CID:068264a182 | Main Auto Receptio | 12104012221 | | | | 17139568767 | 816 | Normal | 5/15/2025 15:10 | Outgoing | Connected | 0:07:41 | -- | | Y | -- | -- | -- |
| 48 | Outbound | CID:068264a0d2 | Main Auto Receptio | 12104012221 | | | | 17137772777 | 816 | Normal | 5/15/2025 15:09 | Outgoing | Connected | 0:00:08 | -- | | Y | -- | -- | -- |
| 49 | Outbound | CID:068264a012 | Main Auto Receptio | 12104012221 | | | | 17139321045 | 816 | Normal | 5/15/2025 15:09 | Outgoing | Connected | 0:00:10 | -- | | Y | -- | -- | -- |
| 50 | Outbound | CID:0682649ea2 | Main Auto Receptio | 12104012221 | | | | 17139321045 | 816 | Normal | 5/15/2025 15:09 | Outgoing | Connected | 0:00:21 | -- | | Y | -- | -- | -- |
| 51 | Outbound | CID:0682649d32 | Main Auto Receptio | 12104012221 | | | | 17139321045 | 816 | Normal | 5/15/2025 15:08 | Outgoing | Connected | 0:00:14 | -- | | Y | -- | -- | -- |
| 52 | Outbound | CID:0682649ba2 | Main Auto Receptio | 12104012221 | | | | 17133649904 | 816 | Normal | 5/15/2025 15:08 | Outgoing | Connected | 0:00:09 | -- | | Y | -- | -- | -- |
| 53 | Outbound | CID:0682649962 | Main Auto Receptio | 12104012221 | | | | 17134654440 | 816 | Normal | 5/15/2025 15:07 | Outgoing | Canceled | 0:00:34 | -- | | -- | -- | -- | -- |
| 54 | Outbound | CID:0682649612 | Main Auto Receptio | 12104012221 | | | | 17134641000 | 816 | Normal | 5/15/2025 15:06 | Outgoing | Connected | 0:00:45 | -- | | Y | -- | -- | -- |
| 55 | Outbound | CID:0682649072 | Main Auto Receptio | 12104012221 | | | | 17134641000 | 816 | Normal | 5/15/2025 15:05 | Outgoing | Connected | 0:01:28 | -- | | Y | -- | -- | -- |
| 56 | Outbound | CID:0682648c92 | Main Auto Receptio | 12104012221 | | | | 17134760123 | 816 | Normal | 5/15/2025 15:04 | Outgoing | Connected | 0:01:00 | -- | | Y | -- | -- | -- |
| 57 | Outbound | CID:0682647c02 | Main Auto Receptio | 12104012221 | | | | 17137218889 | 816 | Normal | 5/15/2025 15:00 | Outgoing | Connected | 0:03:40 | -- | | Y | -- | -- | -- |
| 58 | Outbound | CID:0682647732 | Main Auto Receptio | 12104012221 | | | | 13462027241 | 816 | Normal | 5/15/2025 14:58 | Outgoing | Connected | 0:00:38 | -- | | Y | -- | -- | -- |
| 59 | Outbound | CID:0682646792 | Main Auto Receptio | 12104012221 | | | | 18003009566 | 816 | Normal | 5/15/2025 14:54 | Outgoing | Connected | 0:01:40 | -- | | Y | -- | -- | -- |
| 60 | Outbound | CID:0682645182 | Main Auto Receptio | 12104012221 | | | | 19567359883 | 834 | Normal | 5/15/2025 14:48 | Outgoing | Connected | 0:10:54 | -- | | Y | -- | -- | -- |
| 61 | Outbound | CID:0682644892 | Main Auto Receptio | 12104012221 | | | | 12396017024 | 816 | Normal | 5/15/2025 14:46 | Outgoing | Connected | 0:00:10 | -- | | Y | -- | -- | -- |
| 62 | Outbound | CID:06826441b2 | Main Auto Receptio | 12104012221 | | | | 15618607994 | 816 | Normal | 5/15/2025 14:44 | Outgoing | Connected | 0:00:12 | -- | | Y | -- | -- | -- |
| 63 | Outbound | CID:0682622522 | Main Auto Receptio | 12104012221 | | | | 12168580998 | 834 | Normal | 5/15/2025 12:20 | Outgoing | Connected | 0:01:07 | -- | | Y | -- | -- | -- |
| 64 | Outbound | CID:06824f2592 | Main Auto Receptio | 12104012221 | | | | 13304405274 | 918 | Normal | 5/14/2025 14:43 | Outgoing | Connected | 0:00:33 | -- | | Y | -- | -- | -- |
| 65 | Outbound | CID:06824b7fe4 | Main Auto Receptio | 12104012221 | | | | 13379013755 | 845 | Normal | 5/14/2025 10:34 | Outgoing | Call Failed | 0:00:22 | -- | | -- | -- | -- | -- |

| # | Direction | CID | Name | From | To | Ext | Type | Date/Time | Dir | Status | Duration | | Rec | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | Outbound | CID:0681e51e14 | Main Auto Receptio | 12104012221 | 13162504846 | 845 | Normal | 5/9/2025 14:05 | Outgoing | Canceled | 0:00:09 | -- | -- | -- | -- | -- | -- |
| 67 | Outbound | CID:0681e3bb84 | Main Auto Receptio | 12104012221 | 12147809905 | 845 | Normal | 5/9/2025 12:30 | Outgoing | Canceled | 0:00:09 | -- | -- | -- | -- | -- | -- |
| 68 | Outbound | CID:0681e276e4 | Main Auto Receptio | 12104012221 | 15409260319 | 845 | Normal | 5/9/2025 11:03 | Outgoing | Connected | 0:01:26 | -- | Y | -- | -- | -- | -- |
| 69 | Outbound | CID:0681e14e44 | Main Auto Receptio | 12104012221 | 18005212227 | 845 | Normal | 5/9/2025 9:44 | Outgoing | Connected | 1:03:31 | -- | Y | -- | -- | -- | -- |
| 70 | Outbound | CID:0681df3872 | Main Auto Receptio | 12104012221 | 18644846077 | 834 | Normal | 5/9/2025 7:22 | Outgoing | Canceled | 0:00:05 | -- | -- | -- | -- | -- | -- |
| 71 | Outbound | CID:0681df3822 | Main Auto Receptio | 12104012221 | 18644846077 | 834 | Normal | 5/9/2025 7:22 | Outgoing | Canceled | 0:00:05 | -- | -- | -- | -- | -- | -- |
| 72 | Outbound | CID:0681df37c2 | Main Auto Receptio | 12104012221 | 18644846077 | 834 | Normal | 5/9/2025 7:22 | Outgoing | Canceled | 0:00:05 | -- | -- | -- | -- | -- | -- |
| 73 | Outbound | CID:0681df3762 | Main Auto Receptio | 12104012221 | 18644846077 | 834 | Normal | 5/9/2025 7:22 | Outgoing | Canceled | 0:00:05 | -- | -- | -- | -- | -- | -- |
| 74 | Outbound | CID:0681df2872 | Main Auto Receptio | 12104012221 | 18644846077 | 834 | Normal | 5/9/2025 7:18 | Outgoing | Canceled | 0:00:09 | -- | -- | -- | -- | -- | -- |
| 75 | Outbound | CID:0681decd92 | Main Auto Receptio | 12104012221 | 18644846077 | 834 | Normal | 5/9/2025 6:54 | Outgoing | Connected | 0:00:09 | -- | Y | -- | -- | -- | -- |
| 76 | Outbound | CID:0681decc82 | Main Auto Receptio | 12104012221 | 18644846077 | 834 | Normal | 5/9/2025 6:53 | Outgoing | Connected | 0:00:12 | -- | Y | -- | -- | -- | -- |
| 77 | Outbound | CID:0681d2a054 | Main Auto Receptio | 12104012221 | 14693815494 | 915 | Normal | 5/8/2025 17:02 | Outgoing | Connected | 0:00:24 | -- | Y | -- | -- | -- | -- |
| 78 | Outbound | CID:0681d29da4 | Main Auto Receptio | 12104012221 | 14693815494 | 915 | Normal | 5/8/2025 17:02 | Outgoing | Connected | 0:00:25 | -- | Y | -- | -- | -- | -- |
| 79 | Outbound | CID:0681d28f14 | Main Auto Receptio | 12104012221 | 14693815494 | 915 | Normal | 5/8/2025 16:58 | Outgoing | Connected | 0:00:25 | -- | Y | -- | -- | -- | -- |
| 80 | Outbound | CID:0681d28c34 | Main Auto Receptio | 12104012221 | 14693815494 | 915 | Normal | 5/8/2025 16:57 | Outgoing | Connected | 0:00:20 | -- | Y | -- | -- | -- | -- |
| 81 | Outbound | CID:0681d28a64 | Main Auto Receptio | 12104012221 | 14693815494 | 915 | Normal | 5/8/2025 16:56 | Outgoing | Connected | 0:00:28 | -- | Y | -- | -- | -- | -- |
| 82 | Outbound | CID:0681d288d4 | Main Auto Receptio | 12104012221 | 14693815494 | 915 | Normal | 5/8/2025 16:56 | Outgoing | Connected | 0:00:23 | -- | Y | -- | -- | -- | -- |
| 83 | Outbound | CID:0681d22fd4 | Main Auto Receptio | 12104012221 | 15616579473 | 915 | Normal | 5/8/2025 16:32 | Outgoing | Connected | 0:20:55 | -- | Y | -- | -- | -- | -- |
| 84 | Outbound | CID:0681d224a4 | Main Auto Receptio | 12104012221 | 17203859109 | 915 | Normal | 5/8/2025 16:29 | Outgoing | Connected | 0:00:56 | -- | Y | -- | -- | -- | -- |
| 85 | Outbound | CID:0681d21e24 | Main Auto Receptio | 12104012221 | 19562587572 | 915 | Normal | 5/8/2025 16:28 | Outgoing | Connected | 0:00:57 | -- | Y | -- | -- | -- | -- |
| 86 | Outbound | CID:0681d21b84 | Main Auto Receptio | 12104012221 | 19562587572 | 915 | Normal | 5/8/2025 16:27 | Outgoing | Connected | 0:00:40 | -- | Y | -- | -- | -- | -- |
| 87 | Outbound | CID:0681d219f4 | Main Auto Receptio | 12104012221 | 17864055747 | 915 | Normal | 5/8/2025 16:26 | Outgoing | Connected | 0:00:06 | -- | -- | -- | -- | -- | -- |
| 88 | Outbound | CID:0681d218b4 | Main Auto Receptio | 12104012221 | 17864055747 | 915 | Normal | 5/8/2025 16:26 | Outgoing | Connected | 0:00:16 | -- | Y | -- | -- | -- | -- |
| 89 | Outbound | CID:0681d21674 | Main Auto Receptio | 12104012221 | 17864055747 | 915 | Normal | 5/8/2025 16:25 | Outgoing | Connected | 0:00:36 | -- | Y | -- | -- | -- | -- |
| 90 | Outbound | CID:0681d212b4 | Main Auto Receptio | 12104012221 | 13124144072 | 915 | Normal | 5/8/2025 16:25 | Outgoing | Connected | 0:00:27 | -- | Y | -- | -- | -- | -- |
| 91 | Outbound | CID:0681d21254 | Main Auto Receptio | 12104012221 | 13124144072 | 915 | Normal | 5/8/2025 16:24 | Outgoing | Canceled | 0:00:06 | -- | -- | -- | -- | -- | -- |
| 92 | Outbound | CID:0681d20fa4 | Main Auto Receptio | 12104012221 | 13124144072 | 915 | Normal | 5/8/2025 16:24 | Outgoing | Connected | 0:00:42 | -- | -- | -- | -- | -- | -- |
| 93 | Outbound | CID:0681d20e34 | Main Auto Receptio | 12104012221 | 18435047096 | 915 | Normal | 5/8/2025 16:23 | Outgoing | Connected | 0:00:11 | -- | Y | -- | -- | -- | -- |
| 94 | Outbound | CID:0681d20cb4 | Main Auto Receptio | 12104012221 | 18435047096 | 915 | Normal | 5/8/2025 16:23 | Outgoing | Connected | 0:00:22 | -- | Y | -- | -- | -- | -- |
| 95 | Outbound | CID:0681d20b04 | Main Auto Receptio | 12104012221 | 14058898195 | 915 | Normal | 5/8/2025 16:22 | Outgoing | Connected | 0:00:14 | -- | Y | -- | -- | -- | -- |
| 96 | Outbound | CID:0681d20924 | Main Auto Receptio | 12104012221 | 14058898195 | 915 | Normal | 5/8/2025 16:22 | Outgoing | Connected | 0:00:27 | -- | Y | -- | -- | -- | -- |
| 97 | Outbound | CID:0681d20714 | Main Auto Receptio | 12104012221 | 14058898195 | 915 | Normal | 5/8/2025 16:21 | Outgoing | Connected | 0:00:33 | -- | Y | -- | -- | -- | -- |
| 98 | Outbound | CID:0681d1ae44 | Main Auto Receptio | 12104012221 | 18134109483 | 915 | Normal | 5/8/2025 15:58 | Outgoing | Connected | 0:07:40 | -- | Y | -- | -- | -- | -- |
| 99 | Outbound | CID:0681d1ac44 | Main Auto Receptio | 12104012221 | 17867781013 | 915 | Normal | 5/8/2025 15:57 | Outgoing | Connected | 0:00:15 | -- | Y | -- | -- | -- | -- |
| 100 | Outbound | CID:0681d1ab54 | Main Auto Receptio | 12104012221 | 17867781013 | 915 | Normal | 5/8/2025 15:57 | Outgoing | Connected | 0:00:13 | -- | Y | -- | -- | -- | -- |
| 101 | Outbound | CID:0681d19c34 | Main Auto Receptio | 12104012221 | 12092172992 | 915 | Normal | 5/8/2025 15:53 | Outgoing | Connected | 0:01:36 | -- | Y | -- | -- | -- | -- |
| 102 | Outbound | CID:0681d19904 | Main Auto Receptio | 12104012221 | 12092836177 | 915 | Normal | 5/8/2025 15:52 | Outgoing | Connected | 0:00:44 | -- | Y | -- | -- | -- | -- |
| 103 | Outbound | CID:0681d19784 | Main Auto Receptio | 12104012221 | 12092836177 | 915 | Normal | 5/8/2025 15:52 | Outgoing | Connected | 0:00:18 | -- | Y | -- | -- | -- | -- |
| 104 | Outbound | CID:0681d19664 | Main Auto Receptio | 12104012221 | 12092836177 | 915 | Normal | 5/8/2025 15:51 | Outgoing | Connected | 0:00:18 | -- | Y | -- | -- | -- | -- |
| 105 | Outbound | CID:0681d186f4 | Main Auto Receptio | 12104012221 | 15054295629 | 915 | Normal | 5/8/2025 15:47 | Outgoing | Call Failed | 0:01:04 | -- | -- | -- | -- | -- | -- |
| 106 | Outbound | CID:0681d18284 | Main Auto Receptio | 12104012221 | 15054295629 | 915 | Normal | 5/8/2025 15:46 | Outgoing | Call Failed | 0:01:04 | -- | -- | -- | -- | -- | -- |
| 107 | Outbound | CID:0681d16334 | Main Auto Receptio | 12104012221 | 13853336350 | 915 | Normal | 5/8/2025 15:38 | Outgoing | Connected | 0:07:27 | -- | Y | -- | -- | -- | -- |
| 108 | Outbound | CID:0681d15da4 | Main Auto Receptio | 12104012221 | 14804629743 | 915 | Normal | 5/8/2025 15:36 | Outgoing | Connected | 0:01:10 | -- | Y | -- | -- | -- | -- |
| 109 | Outbound | CID:0681d157d4 | Main Auto Receptio | 12104012221 | 14804629743 | 915 | Normal | 5/8/2025 15:35 | Outgoing | Connected | 0:00:41 | -- | Y | -- | -- | -- | -- |
| 110 | Outbound | CID:0681d136c4 | Main Auto Receptio | 12104012221 | 15157715282 | 915 | Normal | 5/8/2025 15:26 | Outgoing | Connected | 0:00:33 | -- | Y | -- | -- | -- | -- |
| 111 | Outbound | CID:0681d13474 | Main Auto Receptio | 12104012221 | 15157715282 | 915 | Normal | 5/8/2025 15:25 | Outgoing | Connected | 0:00:36 | -- | Y | -- | -- | -- | -- |
| 112 | Outbound | CID:0681d0ebf4 | Main Auto Receptio | 12104012221 | 17868007368 | 915 | Normal | 5/8/2025 15:06 | Outgoing | Connected | 0:00:38 | -- | Y | -- | -- | -- | -- |
| 113 | Outbound | CID:0681d0e9c4 | Main Auto Receptio | 12104012221 | 17868007368 | 915 | Normal | 5/8/2025 15:05 | Outgoing | Connected | 0:00:34 | -- | Y | -- | -- | -- | -- |
| 114 | Outbound | CID:0681d0e794 | Main Auto Receptio | 12104012221 | 17868007368 | 915 | Normal | 5/8/2025 15:05 | Outgoing | Connected | 0:00:35 | -- | Y | -- | -- | -- | -- |
| 115 | Outbound | CID:0681a6c7c2 | Main Auto Receptio | 12104012221 | 12147809905 | 845 | Normal | 5/6/2025 15:09 | Outgoing | Canceled | 0:00:17 | -- | -- | -- | -- | -- | -- |
| 116 | Outbound | CID:0681a6c2a2 | Main Auto Receptio | 12104012221 | 17276873874 | 845 | Normal | 5/6/2025 15:08 | Outgoing | Connected | 0:00:46 | -- | Y | -- | -- | -- | -- |
| 117 | Outbound | CID:0681a6bf82 | Main Auto Receptio | 12104012221 | 17276873874 | 845 | Normal | 5/6/2025 15:07 | Outgoing | Connected | 0:00:47 | -- | Y | -- | -- | -- | -- |
| 118 | Outbound | CID:0681a6bb42 | Main Auto Receptio | 12104012221 | 17276873874 | 845 | Normal | 5/6/2025 15:06 | Outgoing | Connected | 0:01:04 | -- | Y | -- | -- | -- | -- |
| 119 | Outbound | CID:0681a65312 | Main Auto Receptio | 12104012221 | 13058191104 | 845 | Normal | 5/6/2025 14:38 | Outgoing | Connected | 0:01:39 | -- | Y | -- | -- | -- | -- |
| 120 | Outbound | CID:0681a64842 | Main Auto Receptio | 12104012221 | 13058191104 | 845 | Normal | 5/6/2025 14:35 | Outgoing | Connected | 0:01:59 | -- | Y | -- | -- | -- | -- |
| 121 | Outbound | CID:0681a64352 | Main Auto Receptio | 12104012221 | 13058191104 | 845 | Normal | 5/6/2025 14:34 | Outgoing | Connected | 0:01:16 | -- | Y | -- | -- | -- | -- |
| 122 | Outbound | CID:0681a5cbf2 | Main Auto Receptio | 12104012221 | 18668112704 | 845 | Normal | 5/6/2025 14:02 | Outgoing | Connected | 0:01:17 | -- | Y | -- | -- | -- | -- |
| 123 | Outbound | CID:0681a58a02 | Main Auto Receptio | 12104012221 | 18623870421 | 845 | Normal | 5/6/2025 13:44 | Outgoing | Connected | 0:03:02 | -- | Y | -- | -- | -- | -- |
| 124 | Outbound | CID:0681a573b2 | Main Auto Receptio | 12104012221 | 17578441260 | 845 | Normal | 5/6/2025 13:38 | Outgoing | Connected | 0:00:54 | -- | Y | -- | -- | -- | -- |
| 125 | Outbound | CID:0681a57112 | Main Auto Receptio | 12104012221 | 17578441260 | 845 | Normal | 5/6/2025 13:38 | Outgoing | Connected | 0:00:38 | -- | Y | -- | -- | -- | -- |
| 126 | Outbound | CID:0681a3a812 | Main Auto Receptio | 12104012221 | 17575527401 | 845 | Normal | 5/6/2025 11:36 | Outgoing | Connected | 0:16:29 | -- | Y | -- | -- | -- | -- |
| 127 | Outbound | CID:0681a38c12 | Main Auto Receptio | 12104012221 | 17575527401 | 845 | Normal | 5/6/2025 11:28 | Outgoing | Connected | 0:06:30 | -- | Y | -- | -- | -- | -- |
| 128 | Outbound | CID:0681a2d9f2 | Main Auto Receptio | 12104012221 | 18557386677 | 845 | Normal | 5/6/2025 10:41 | Outgoing | Connected | 0:12:28 | -- | Y | -- | -- | -- | -- |