# EXHIBIT 7

Case 3:25-cv-01132-JKM   Document 19-9   Filed 01/16/26   Page 2 of 2
Kline v. Advanced Insurance Underwriters, LLC, Not Reported in Fed. Supp. (2019)
2019 WL 13551035

2019 WL 13551035
Only the Westlaw citation is currently available.
United States District Court, M.D. Pennsylvania.

Robert D. KLINE, Plaintiff,
v.
ADVANCED INSURANCE UNDERWRITERS, LLC, et al., Defendants.

Civil No. 1:19-CV-00437
|
Signed December 23, 2019

**Attorneys and Law Firms**

Robert D. Kline, McClure, PA, Pro Se.

Leonard Fornella, Babst, Calland, Clements & Zomnir, P.C., Pittsburgh, PA, Timothy Allan Schoonover, Babst, Calland, Clements and Zomnir, P.C., State College, PA, for Defendants.

## ORDER

JENNIFER P. WILSON, United States District Court Judge

 *1  Before the court is a report and recommendation filed by United States Magistrate Judge Karoline Mehalchick addressing the Defendants' motion to dismiss the Plaintiff's amended complaint. *See* Doc. 10. Judge Mehalchick recommends that the court grant the Defendants' motion to dismiss the Plaintiff's amended complaint for lack of personal jurisdiction. *Id.* at 10. Judge Mehalchick further recommends that the court grant the Plaintiff an opportunity to file a second amended complaint. *Id.* Neither party has objected to Judge Mehalchick's report and recommendation.

When neither party objects to a magistrate judge's report and recommendation, a district court is not required to conduct a de novo review of the report and recommendation. *Univac Dental Co. v. Dentsply Int'l, Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Instead, the court is only required to "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.* (quoting Fed. R. Civ. P. 72 advisory committee's note to 1983 addition).

The court has reviewed Magistrate Judge Mehalchick's report and recommendation and finds no clear error on the face of the record. Accordingly,

**IT IS ORDERED AS FOLLOWS**:

1. Magistrate Judge Mehalchick's report and recommendation (Doc. 10) is **ADOPTED IN ITS ENTIRETY.**

2. The Defendants' motion to dismiss the Plaintiffs' original complaint (Doc. 2) is **DENIED AS MOOT**.

3. The Defendants' motion to dismiss the Plaintiffs' amended complaint (Doc. 6) is **GRANTED**.

4. Plaintiff may file a second amended complaint on or before **January 22, 2020**.

5. This matter is remanded to Judge Mehalchick for further proceedings consistent with this order.

**All Citations**

Not Reported in Fed. Supp., 2019 WL 13551035

---

**End of Document**　　　© 2026 Thomson Reuters. No claim to original U.S. Government Works.