# EXHIBIT 9

Case 3:25-cv-01132-JKM     Document 19-11     Filed 01/16/26     Page 2 of 2
Kline v. Advanced Insurance Underwriters, LLC, Not Reported in Fed. Supp. (2020)
2020 WL 14028041

2020 WL 14028041
Only the Westlaw citation is currently available.
United States District Court, M.D. Pennsylvania.

Robert D. KLINE, Plaintiff,
v.
ADVANCED INSURANCE UNDERWRITERS, LLC, et al., Defendants.

Civil No. 1:19-CV-00437
|
Signed July 10, 2020

**Attorneys and Law Firms**

Robert D. Kline, McClure, PA, Pro Se.

Leonard Fornella, Babst, Calland, Clements & Zomnir, P.C., Pittsburgh, PA, Timothy Allan Schoonover, Babst, Calland, Clements and Zomnir, P.C., State College, PA, for Defendants.

## ORDER

JENNIFER P. WILSON, United States District Court Judge

*1 Before the court is a report and recommendation issued by United States Magistrate Judge Karoline Mehalchick addressing the Defendants' motion to dismiss the Plaintiff's second amended complaint. (*See* Doc. 18.) Judge Mehalchick recommends that the court grant the motion for lack of personal jurisdiction and accordingly dismiss the second amended complaint without prejudice to Plaintiff's right to refile the case in the United States District Court for the Southern District of Florida. (*Id.* at 2, 12.)[1] Neither party has objected to Judge Mehalchick's report and recommendation.

When neither party objects to a magistrate judge's report and recommendation, a district court is not required to conduct a de novo review of the report and recommendation. *Univac Dental Co. v. Dentsply Int'l, Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Instead, the court is only required to "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.* (quoting Fed. R. Civ. P. 72 advisory committee's note to 1983 addition).

The court has reviewed Judge Mehalchick's report and recommendation and finds no clear error on the face of the record. Accordingly, **IT IS ORDERED AS FOLLOWS**:

1. Judge Mehalchick's report and recommendation (Doc. 18) is **ADOPTED IN ITS ENTIRETY**.

2. Defendants' motion to dismiss (Doc. 14) is **GRANTED**.

3. Plaintiff's second amended complaint (Doc. 12) is **DISMISSED** without prejudice to Plaintiff's right to refile the case in the United States District Court for the Southern District of Florida.

4. The Clerk of Court is directed to close this case.

**All Citations**

Not Reported in Fed. Supp., 2020 WL 14028041

## Footnotes

1     The report and recommendation states in its introduction that dismissal of the case should be without prejudice to Plaintiff's right to refile the case in the Southern District of Florida, but then states in its conclusion that the dismissal should be with prejudice. (*See* Doc. 18 at 2, 16.) In order to avoid any prejudice to the unrepresented Plaintiff, the court will construe the report and recommendation as recommending dismissal without prejudice.

**End of Document**

© 2026 Thomson Reuters. No claim to original U.S. Government Works.