UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Defendant. | §§§§§§§§§§§§§ Civil Action No. 3:25-cv-01132<br>(Judge Julia K. Munley) |

## ORDER

Before the Court is Defendant American General Life Insurance Company's Jurisdictional Motion. Having read and considered the Motion, the supporting and opposing papers, the argument of counsel, if any, and other pleadings and papers on file in this action, the Motion is hereby GRANTED. Specifically, the Court holds that it lacks subject-matter jurisdiction over Plaintiff's claims against American General because Plaintiff cannot show an injury-in-fact or traceability. Alternatively, the Court holds that it lacks personal jurisdiction over Plaintiff's claims because he cannot show that American General sent him any call in this District.

The Court further holds that for the reasons explained in the Motion, Corebridge Financial, Inc. is not a proper party and is hereby DISMISSED. To the

extent Corebridge is a party, the claims against it are likewise DISMISSED for lack of subject-matter jurisdiction or alternatively, for lack of personal jurisdiction for the same reasons as described above.

Accordingly, Plaintiff's claims against Defendant are hereby DISMISSED. So Ordered on this ____ day of _____ 2026.

_____
Judge Julia K. Munley