# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COREBRIDGE FINANCIAL, INC. d/b/a AMERICAN GENERAL LIFE,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 3:25-cv-01132<br>§ (Judge Julia K. Munley)<br>§<br>§<br>§<br>§<br>§<br>§ |

## JOINT STIPULATION OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties that have appeared in this action, Plaintiff Joseph Friel and Defendants Corebridge Financial, Inc. and American General Life Insurance Company, jointly stipulate and agree to the dismissal of all pending claims asserted by Plaintiff against Defendants in the above-captioned suit without prejudice with each party to bear its own costs and expenses, including attorneys' fees.

Dated: January 23, 2026　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PARONICH LAW, P.C.

　　　　　　　　　　　　　　　　　　__/s/ Anthony I. Paronich_____
　　　　　　　　　　　　　　　　　　Anthony I. Paronich
　　　　　　　　　　　　　　　　　　350 Lincoln St., Suite 2400
　　　　　　　　　　　　　　　　　　Hingham, MA 02043

617-485-0018
anthony@paronichlaw.com

ATTORNEYS FOR PLAINTIFF

MCDOWELL HETHERINGTON LLP

  /s/ David L. Villarreal
Jason A. Richardson (330118)
William B. Thomas (Admitted *pro hac vice*)
Texas State Bar No. 24083965
David L. Villarreal (Admitted *pro hac vice*)
Texas Bar No. 24095434*
McDowell Hetherington LLP
1001 Fannin Street, Suite 2400
Houston, Texas 77002
T:  (713) 337-5580
F:  (713) 337-8850
jason.richardson@mhllp.com
william.thomas@mhllp.com
david.villarreal@mhllp.com

ATTORNEYS FOR DEFENDANTS COREBRIDGE FINANCIAL, INC. AND AMERICAN GENERAL LIFE INSURANCE COMPANY